

**F I L E D**

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Christopher V. Parente (312) 886-2447

JUN 20 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH HAZLEY

CASE NUMBER: **17 CR 430**

**UNDER SEAL**

MAGISTRATE JUDGE MARTIN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. From on or about December 6, 2016 to on or about December 24, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1591(a) | knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Minor A, and benefited financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, namely, Minor A, having had the reasonable opportunity to observe, knowing, and in reckless disregard of the fact that Minor A had not yet attained the age of eighteen and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

JONATHAN WILLIAMSON
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: June 20, 2017

City and state: Chicago, Illinois

_Judge's signature_

DANIEL G. MARTIN, U.S. Magistrate Judge
_Printed name and Title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS | Ss

### **AFFIDAVIT**

I, JONATHAN WILLIAMSON, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for 7 years.  My current responsibilities include the investigation of child exploitation and the trafficking of children.

2.     This affidavit is submitted in support of a criminal complaint alleging that Joseph Hazley (HAZLEY) has violated Title 18, United States Code, Section 1591(a).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HAZLEY with sex trafficking of a minor, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

**Background of Investigation**

4.     On December 24, 2016, Minor A was found murdered in a garage in Markham, Illinois.  Minor A's throat was slit and her body badly beaten.  An autopsy of Minor A's body listed the cause of death as trauma related to the "assault, stabbing,

strangulation and beating of Minor A." Law enforcement charged Individual A with Minor A's murder and the case is pending in Cook County Criminal Court.

5.     Subsequent investigation revealed that Individual A contacted Minor A after viewing a Backpage.com advertisement which featured Minor A's photographs and listed Minor A's telephone number. Individual A contacted Minor A and arranged two separate encounters with Minor A in the early morning hours of December 24, 2016. As detailed below, HAZLEY drove Minor A to both of Minor A's encounters with Individual A and waited outside while Minor A met with Individual A. HAZLEY remained in his parked vehicle just a few yards from the garage where Minor A was murdered.

6.     As detailed below, HAZLEY had been trafficking Minor A throughout the month of December 2016, arranging multiple dates for commercial sex each day for Minor A using the website Backpage.com. HAZLEY posted Minor A's ads, instructed others to teach Minor A how to communicate with customers, provided Minor A with clothing to wear on the dates, drove Minor A to the dates, and acted as security for Minor A during her encounters with customers, all while having reason to know Minor A was only 16 years old.

**Facts Establishing Probable Cause**

7.     After discovering that Individual A met Minor A through Backpage.com, the Federal Bureau of Investigation (FBI) began investigating the suspected trafficking of Minor A. As detailed below, through interviews of cooperating individuals, reviewing text messages, telephone records, and Facebook records, cell

site analysis, and interviews of customers of Minor A, as well as other evidence, the FBI established that HAZLEY had been trafficking Minor A throughout the month of December 2016 up until the morning of her murder on Christmas Eve 2016.

## INDIVIDUAL B

8.    Individual B was a prostitute who began working for HAZLEY[1] in approximately August 2016.[2]    Individual B stated that she was introduced to HAZLEY by a girlfriend and moved into HAZLEY's residence located on Garfield Blvd a short time later.    Individual B stated that within a few days of living at HAZLEY's residence, HAZLEY told Individual B that things were "getting tight" and she needed to start making some money.    Individual B stated HAZLEY started posting Individual B on the website Backpage.com, which is when she learned that he was referring to prostitution.    Individual B stated that HAZLEY instructed Individual B how to word the Backpage.com advertisement to get the best customers, took her photographs that were used in the Backpage ads, provided Individual B with clothing to wear on her dates, and set the rates that Individual B should charge customers for commercial sex acts.    Individual B stated that HAZLEY paid for the Backpage.com ads through Bitcoins he purchased at a local store and HAZLEY posted the ads using his home

---

[1] Individual B identified a photograph of Joseph HAZLEY as the individual she worked for as a prostitute and knew as Joseph HAZLEY.

[2] Individual B is a 19 year old female with no criminal convictions.  Individual B was granted immunity by the U.S. Attorney's Office in exchange for her truthful information regarding her involvement with HAZLEY and her knowledge of HAZLEY's activities involving Minor A.  Individual B has received no other benefit, nor has she been promised any other benefit from law enforcement in exchange for her cooperation.

computer. HAZLEY also gave Individual B the nickname "Winter" to use in the Backpage advertisements.

9.    Individual B explained that HAZLEY would drive Individual B to all her dates and remained outside the location during the date to act as security. Individual B stated that HAZLEY instructed Individual B to text him once she was inside with a customer and gave her a code system to use when communicating with him. For example, Individual B stated HAZLEY instructed her to text him "H" if she needed help or "G" if the customer agreed to pay for additional time.

10.    Individual B stated that HAZLEY kept track of all the money she made on the dates by reviewing her text messages with the customers and counting her money after each date. Individual B stated that initially HAZLEY would take 50% of the money from each date, but after a few weeks HAZLEY began keeping all of the money. Individual B stated that she averaged 10 to 15 dates per day during the time she worked for HAZLEY.

11.    Individual B stated that in the beginning, HAZLEY treated her well but after about two months HAZLEY became physically abusive and would beat her. Individual B stated that the beatings left bruises on her body.[3]  Individual B stated she stopped working for HAZLEY in early December 2016.

---

[3] Individual B provided the FBI with photographs of herself during this time depicting bruises on her body which she stated resulted from beatings by HAZLEY. Individual B stated HAZLEY would beat her with wooden and metal spoons.

12.    Individual B stated that she first met Minor A[4] at HAZLEY's residence in October 2016. Individual B stated that she believed Minor A appeared to be approximately 15 or 16 years old because she looked young and seemed immature. Individual B stated that beginning in November 2016, HAZLEY began spending more time with Minor A and Minor A ended up moving into HAZLEY's new residence located in the 6300 block of Racine.

13.    Individual B stated that approximately one week after Minor A moved into HAZLEY's residence, Individual B observed HAZLEY posting Minor A on Backpage.com. Individual B stated that HAZLEY gave Minor A the name "Nicki" to use in her Backpage ads.  Individual B stated that HAZLEY instructed Individual B to teach Minor A how to communicate with the customers who contacted her from the Backpage ads.  Specifically, HAZLEY instructed Individual B to teach Minor A how to set times and prices with the customers to get the most money from each customer. HAZLEY also ordered Individual B to take photographs of Minor A to use in the Backpage.com advertisements.   Individual B stated that HAZLEY drove Minor A to all the dates and acted as security during Minor A's dates.

14.    Individual B stated that HAZLEY posted Minor A's Backpage advertisements on his home computer.  Individual B observed HAZLEY take Minor A on approximately 5 to 6 dates per day during the four weeks that Individual B lived with HAZLEY and Minor A.  Individual B stated that once HAZLEY began taking

---

[4] Individual B identified a photograph of Minor A as the individual she knew as Minor A.

Minor A out to meet with Backpage customers, the number of dates Individual B had to go out on for HAZLEY decreased.

15.     Individual B stated that HAZLEY occasionally set up Backpage dates where both Individual B and Minor A would meet with the same customer. Individual B stated that HAZLEY would say, "two girls equals more money." Individual B recalled going on approximately 6 or 7 joint dates with Minor A. According to Individual B, HAZLEY kept all of the money made from Individual B's joint dates with Minor A.

16.     According to Individual B, HAZLEY had sex with Minor A on multiple occasions at his residence.  Individual B explained she knew this because she lived with HAZLEY and observed HAZLEY sharing a bedroom with Minor A and would hear them having sex through the walls.  Individual B also recalled a time when she walked into HAZLEY's bedroom and observed him having sex with Minor A. HAZLEY asked Individual B to participate in a threesome with him and Minor A, but Individual B refused.  HAZLEY ordered Individual B to sit in his bedroom and watch HAZLEY have sex with Minor A.

17.     Individual B left HAZLEY sometime in early December 2016. Individual B later received a call from Minor A asking how to leave HAZLEY. Individual B told Minor A she was getting her own apartment and she could help Minor A.  Individual B never heard from Minor A again and later learned of Minor A's murder.

6

18. Individual B stated that a few days after Minor A was murdered, HAZLEY called Individual B and stated, "now that she's gone, I got no money coming in." HAZLEY asked Individual B to come back and work for him but Individual B refused. According to Individual B, HAZLEY later sent a text message to Individual B stating, "I'm not the one to mess with bitch!"

## MINOR A

19. Minor A was born in March 2000 and was 16 years old when she was murdered. In November 2016, Minor A was residing with her grandparents. On November 29, 2016, Minor A ran away from her grandparents' residence and was reported missing to the Chicago Police Department. As detailed in this affidavit, Minor A resided with HAZLEY throughout December 2016 up until her death. Through the review of Facebook ads, Minor A's text messages, telephone records, cell site analysis, interviews of customers, and examination of other evidence, I have been able to establish multiple dates that HAZLEY took Minor A to during the month of December 2016, including her final date on December 24, 2016, where Minor A was murdered while HAZLEY sat in his car just yards away from the garage where Minor A was killed. These December encounters are detailed below.

### December 10, 2016

20. On December 10, 2016, an advertisement depicting Minor A was posted on the website Backpage.com. The advertisement read, "Hi Guys My Name Is Nicki I'm New In town for a short stay and looking for upscale Gentlemen to have a great time with I am independent No Law Enforcement Or Police Of Any kind..No

Pimps..No AA under 30 All Donations are for my time (Companionship) All My Pics are 100% Real So Why Wait Call or Text Me now." The ad listed telephone number ending in 7179 as the contact number.[5]

21.     Records obtained from Backpage.com identified the IP address used to post this Backpage ad.  Records obtained from Comcast show the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

22.     A review of the text messages from Minor A's phone from December 10, 2016, indicate that Minor A arranged to meet a customer who viewed Minor A's Backpage ad for purposes of providing a commercial sex act.  At approximately 3:00a.m., a customer texted Minor A stating, "Hey...I'm by Midway."  The customer stated, "is two of us, so two quicklys." [The customer is telling Minor A that there will be two customers who are interested in a commercial sex act with her.][6]  Minor A responded at 3:06a.m. stating, "My Qv donations start at 120...Each." [I charge $120

---

[5] The 7179 telephone is the cell phone Minor A used during her time with HAZLEY.  Law enforcement believes this for the following reasons: (1) the phone was found on Minor A at the time of her murder; (2) Minor A's family members contacted her at that number in December 2016; (3) HAZLEY identified the number as belonging to Minor A when he was interviewed by law enforcement after Minor A's murder; (4) text messages recovered from the 7179 phone identify Minor A as the user; and (5) Minor A gave out this number to friends on Facebook as her contact number.  Law enforcement believe the cell phone originally belonged to HAZLEY based on photographs and documents belonging to HAZLEY that were found on the phone including his resume and pdf file of HAZLEY's automobile insurance card.

[6] I have included my interpretation of the text messages in brackets.  My interpretation is based on my eight years of experience as an FBI agent working sexual exploitation cases, as well as my knowledge of this investigation.

per person.] Three minutes later, at 3:09a.m., Minor A texted HAZLEY at a telephone number ending in 0072[7] and had the following exchange:

Minor A: Question

Minor A: I do I answer text that say it's more than one person

HAZLEY: No

Minor A: okay thanks

23.     The customer later provided Minor A with an exact address to meet at which was a hotel located near Midway airport. At 4:37a.m., Minor A texted the customer "I'm outside the door." At 4:58 a.m., Minor A texted HAZLEY, "Can you drive up to the front. It's cold."

24.     A review of cell site records for Minor A and HAZLEY's cell phones show both Minor A's and HAZLEY's cell phones utilizing cell towers in the area of the hotel near Midway airport around 4:58 a.m. on December 10, 2016.

### December 13, 2016

25.     On December 12, 2016, an advertisement depicting Minor A was posted on the website Backpage.com offering Minor A's "companionship." The advertisement listed telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this

---

[7] Law enforcement believe the 0072 number belongs to HAZLEY based on the following: (1) the number is subscribed in HAZLEY's name; (2) HAZLEY identified the number as being his number to law enforcement on December 24, 2016; (3) Individual B identified the number as belonging to HAZLEY; and (4) the number is a saved contact in Minor A's phone under the name "Joe."

Backpage ad. Records obtained from Comcast show the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

26.     A review of the text messages from Minor A's phone from December 13, 2016, indicate that Minor A arranged to meet a customer (Individual C) who viewed Minor A's Backpage ad for purposes of providing a commercial sex act. At approximately 1:30a.m., Individual C texted Minor A his address. One minute later, at approximately 1:31a.m., Minor A texted HAZLEY stating, "I've got a address. Let me know when you pulling up I'll just come out."

27.     At 2:13a.m., Minor A texted Individual C, "I'm outside." Nine minutes later, at 2:22a.m., Minor A and HAZLEY engaged in the following text exchange:

Minor A: I'm leaving

Minor A: He only got 80 dollars

HAZLEY: ok

Minor A: He said can he get 5 minutes for 100

HAZLEY: Ok get da 100

HAZLEY: We here now

28.     A review of cell site records for Minor A and HAZLEY's cell phones show both Minor A's and HAZLEY's cell phones utilizing cell towers in the area of Individual C's residence around 2:11a.m. on December 13, 2016.

29.     Law enforcement interviewed Individual C as part of this investigation. Individual C admitted to utilizing Backpage.com to engage in commercial sex acts with women.

**December 14, 2016**

30.  On December 14, 2016, an advertisement depicting Minor A was posted on the website Backpage.com offering Minor A's "companionship." The advertisement listed telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this Backpage ad. Records obtained from Comcast show that at the time of the ad's initial creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

31.  A review of the text messages from Minor A's phone from December 14, 2016, indicate that Minor A arranged to meet a customer (Individual D) who viewed Minor A's Backpage ad for purposes of providing a commercial sex act. At approximately 9:10a.m., Individual D texted Minor A stating, "I'm good…are you ready to come see me." Minor A responded, "Yes. Address." Individual D responded with his address which was located in Orland Park. Minor A asked, "How long did you want again." Individual D responded, "How much for HH" [How much do you charge for a half hour?]. Minor A responded, "160."

32.  At 10:51a.m., Minor A texted Individual D, "I'm on the block now." Individual D responded, "Park there I just saw you." At 11:07a.m., Individual D texted Minor A, "Thank you again."

33.  A review of cell site records for Minor A and HAZLEY's cell phones show both Minor A's and HAZLEY's cell phones utilizing cell towers in the area of Individual D's residence in Orland Park around 10:54a.m. on December 14, 2016.

34.     Law enforcement interviewed Individual D as part of this investigation.[8] Individual D admitted to utilizing Backpage.com to engage in commercial sex acts. Individual D identified a photograph of Minor A and stated he engaged in a commercial sex act with her in December 2016 at his residence.   Individual D stated he observed Minor A arrive in a white sedan vehicle and recalled another female being with Minor A.

### December 15, 2016

35.     At approximately 10:35pm, Minor A texted HAZLEY, "Post me." Backpage records indicate an ad depicting Minor A was posted on December 15, 2016. Records obtained from Backpage.com identified the IP address used to post this Backpage ad.  Records obtained from Comcast show that at the time of the ad's initial creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

### December 16, 2016

36.     On December 16, 2016, an advertisement depicting Minor A was posted on the website Backpage.com offering Minor A's "companionship."   The advertisement listed telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this Backpage ad.  Records obtained from Comcast show that at the time of the ad's initial

---

[8] Individual D has no prior felony convictions.  No payments or promises were made to him as part of this investigation.

12

creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

37.     A review of the text messages from Minor A's phone from December 16, 2016, indicate that Minor A arranged to meet a customer who viewed Minor A's Backpage ad for purposes of providing a commercial sex act. The customer was staying at hotel in downtown Chicago and provided Minor A with his room number. At 3:38a.m., Minor A texted the customer, "I'm here." The customer responded, "you have to get the elevator on your right. When you come in make a right." Five minutes later, at approximately 3:43a.m., Minor A texted HAZLEY, "okay He paid for a hour."

### December 19, 2016

38.     On December 19, 2016, an advertisement depicting Minor A was posted on the website Backpage.com offering Minor A's "companionship." The advertisement listed telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this Backpage ad. Records obtained from Comcast show that at the time of the ad's initial creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

39.     A review of the text messages from Minor A's phone from December 19, 2016, indicate that Minor A arranged to meet a customer who viewed Minor A's Backpage ad for purposes of providing a commercial sex act. At approximately 9:20p.m., the customer texted Minor A giving his address. At 9:22p.m., Minor A responded, How much time you want" The customer responded, "Quick visit. How

much" At 9:27p.m. Minor A stated, "120." At 10:27p.m., Minor A texted the customer, "I'm outside."

40.     A review of cell site records for Minor A and HAZLEY's cell phones show both Minor A's and HAZLEY's cell phones utilizing cell towers in the area of the customer's residence around 10:27p.m. on December 19, 2016.

### December 21, 2016

41.     On December 21, 2016, an advertisement depicting Minor A was posted on the website Backpage.com offering Minor A's "companionship." The advertisement listed telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this Backpage ad. Records obtained from Comcast show that at the time of the ad's initial creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

42.     At approximately 1:48a.m., the following text exchange took place between Minor A and HAZLEY:

Minor A: I forgot a condom

HAZLEY: Make sure u check yo money

HAZLEY: When u get back up

Minor A: I did

### December 24, 2016

43.     On December 24, 2016, an advertisement depicting Minor A and offering her services was posted on the website Backpage.com. The advertisement listed

telephone number ending in 7179 as the contact number. Records obtained from Backpage.com identified the IP address used to post this Backpage ad. Records obtained from Comcast show that at the time of the ad's initial creation, the IP address was assigned to Customer Joseph Hazley who resided at a residence in the 6300 block of Racine.

44.     A review of Minor A's cell phone indicates text message and telephone call communication with Individual A regarding an encounter for a commercial sex act. At 12:15 a.m., Individual A texted Minor A his address. At 12:17a.m. Individual A texted "How long?" Minor A responded, "35 minutes." At 2:09a.m., Individual A texted Minor A stating, "Come bak in wen u dun ima do anotha round." At 2:18am, Minor A responded stating, "You have the donations" Individual A responded "yup." Minor A instructed Individual A to "Come to the car."

45.     At approximately 6:28a.m. on December 24, 2016, Individual A contacted Minor A again by text message and stated, "Can u cum over I got cash plus ma uncle too...lol." At 6:52a.m., Minor A texted Individual A, "I'm outside." At approximately 9:22a.m., Minor A's body was discovered by law enforcement inside a garage where her encounter with Individual A took place.

46.     In an interview with law enforcement following Minor A's murder, Individual A acknowledged meeting with Minor A for purposes of a commercial sex act on two separate occasions on December 24, 2016. Individual A stated that he paid Minor A $100 for the initial commercial sex act.

47.    According to responding officers, HAZLEY and Individual E were present in HAZLEY's vehicle outside the garage where Minor A was killed when law enforcement arrived on the scene. HAZLEY told law enforcement that during the early morning hours of December 24, 2016, he drove Minor A to the location she was murdered at to work as a dancer at a party.  HAZLEY identified a photograph of Individual A as the person Minor A met with when they arrived at the location. HAZLEY stated about half an hour later, Minor A returned to his car and they left the area to pick up a friend (Individual E).  HAZLEY stated that sometime later that morning, he drove Minor A back to the area  where she again met with Individual A. HAZLEY stated that he and Individual E remained in HAZLEY's vehicle parked outside the garage where Minor A's encounter took place and fell asleep.  HAZLEY stated that around 9:00a.m. he woke up and went to look for Minor A and found her body laying on the ground inside the garage.

48.    Individual E was interviewed by law enforcement on December 24, 2016. Individual E identified herself as HAZLEY's girlfriend.  Individual E stated that HAZLEY introduced her to Minor A approximately one month before Minor A's murder.  Individual E acknowledged driving to Markham with HAZLEY and Minor A and seeing Minor A walk away from HAZLEY's vehicle with Individual A. Individual E stated that she fell asleep with HAZLEY inside of HAZLEY's vehicle while waiting for Minor A to return.   Individual E recalled being awoken by Individual A knocking on the window of HAZLEY's vehicle saying that "your friend will be out in a minute."  Individual E stated Minor A never returned.

16

### Facebook Records

49.     On March 23, 2017, a search warrant was executed on Minor A's Facebook account.  In a Facebook posting on December 15, 2016, Minor A wrote in a private message to longtime friend, "I'm in a situation where I'm bring[9] pimped." Minor A continued, "he won't let me leave."  In the same conversation just seconds later, Minor A stated, "I'm at his house on 63rd and Racine."   IP records from Facebook for this posting indicate that the IP address used for this posting belonged to Comcast Customer Joseph Hazley who resided in the 6300 block of Racine.

50.     On June 20, 2017, law enforcement received the Facebook records from HAZLEY's Facebook account.  In a private Facebook message on December 16, 2016, HAZLEY wrote, "this da new girl Nicki" followed by a photograph of Minor A.

---

[9] Minor A sent another message seconds later correcting "bring" to "being."

**CONCLUSION**

51.    Based on the information in this affidavit, there is probable cause to believe that Joseph HAZLEY engaged in sex trafficking of minors, in violation of Title 18, United States Code, Section 1591(a).

FURTHER AFFIANT SAYETH NOT.

JONATHAN WILLIAMSON
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on June 20, 2017.

DANIEL G. MARTIN
United States Magistrate Judge